IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-2028-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE HAMELIN, | ) | |
| Respondent. | ) | |

For good cause having been shown by respondent, the motion to compel respondent to submit and fully cooperate with a mental examination is DENIED. As argued by respondent, the motion is untimely under the Rules of Civil Procedure and no good cause exists to excuse the government's failure to timely move for a mental examination of respondent. Respondent was certified in February of 2009 and his trial has been set since October 25, 2011. This request was made the week before the start of trial set for December 15, 2011, and the examination scheduled to occur either December 12 or 13, 2011.

SO ORDERED, this 9 day of December 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE