IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-HC-2028-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GEORGE HAMELIN | ) | |

This matter is before the Court on the United States' "Motion to Shorten Time for Response to Motion to Strike or in the Alternative Motion to Continue" [DE 52]. The Motion is GRANTED in PART and DENIED in PART. To the extent the United States seeks to expedite Mr. Hamelin's response to the Motion to Strike, the Motion is GRANTED and Mr. Hamelin is DIRECTED to respond by 5 pm today, December 12, 2011. To the extent the United States seeks to have the trial continued, the Motion is DENIED.

SO ORDERED. This 12 day of December, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE