IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-HC-2028-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GEORGE HAMELIN | ) | |

This matter is before the Court on the United States' Motion to Strike or in the Alternative Motion to Continue [DE 51]. The United States' Motion is DENIED. The expert in question, Dr. Joseph Plaud, has provided his expert report to the United States and no failure to comply with court-ordered discovery under Federal Rule of Civil Procedure 37 has been shown.

To avoid inequity, if Dr. Plaud's testimony raises issues unforeseen to the United States, the Court will address those issues as they arise.

For the foregoing reasons, the United States' Motion to Strike [DE 51] is DENIED. As a housekeeping matter, the United States' Motion to Shorten Time [DE 45] and Motion for Expedited Consideration [DE 48] are dismissed as MOOT, having already been addressed by previous Orders of the Court.

SO ORDERED. This ___ day of December, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE